IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. JONES, and his wife, TERRI LYNNE JONES, : : Plaintiffs, : : v. : : ADVANCED SPINE FIXATION SYSTEM, INC., et al., : : Defendants. : | C.A. No. 96-339 KAJ<br><br>JURY TRIAL REQUESTED |

<u>REPLY OF ADVANCED SPINE TO PLAINTIFF'S REPLY
MOTION TO DISMISS FOR FAILURE TO PROSECUTE
AND FAILURE TO COMPLY WITH DISCOVERY REQUESTS</u>

Comes now Defendant Advanced Spine Fixation Systems, Inc., and states as follows:

1.  For the reasons set forth in Defendant Advanced Spine Fixation Systems, Inc.'s Motion to Dismiss and Plaintiff's response thereto, the Defendant respectfully requests that the Court dismiss the claims of the plaintiff, William J. Jones.

WHEREFORE, Defendant Advanced Spine Fixation Systems, Inc., moves the Court to dismiss with prejudice the claim of Plaintiff, William J. Jones.

        /s/ Abigail E. Rodgers
Abigail E. Rodgers (DE I.D. 4500)
Tighe Cottrell & Logan, P.A.
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
Telephone: (302) 658-6400
Facsimile: (302) 658-9836

And

Raymond Pajares, Esquire
E. Ashley Carter, Esquire
PAJARES & SCHEXNAYDRE, L.L.C.
103 Northpark Boulevard  Suite 110
Covington, LA  70433-3103
ATTORNEYS FOR DEFENDANT,
ADVANCED SPINE FIXATION SYSTEMS, INC.

Dated: April 8, 2005

1