```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| WILLIAM J. JONES, and his wife, TERRI LYNNE JONES, | : : : | |
| Plaintiffs, | : : | C.A. No. 96-339 KAJ |
| v. | : : : | JURY TRIAL REQUESTED |
| ADVANCED SPINE FIXATION SYSTEM, INC., et al., | : : : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Abigail E. Rodgers, hereby certify that a true and correct copy of the foregoing *Reply of Advanced Spine to Plaintiff's Reply Motion to Dismiss for Failure to Prosecute and Failure to Comply with Discovery Requests*, was served, via First Class U.S. mail, postage prepaid on this <u>8th</u> day of April, 2005 upon the following:

Armand J. Della Porta, Jr. Esq.
Kelley, Jasons, McGuire &
     Spinelli
800 Delaware Ave, 7th Floor
P.O. Box 194
Wilmington, DE 19899-0194

Elizabeth Barnes Lewis, Esq.
Jacobs & Crumplar
P.O. Box 1271
Wilmington, DE 19899

Lawrence Drexler, Esq.
Juniper Financial Corporation
100 South West Street
Wilmington, DE 19801

James S. Green, Esq.
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

                                            TIGHE, COTTRELL & LOGAN, P.A.

                                            /s/ Abigail E. Rodgers
                                            Abigail E. Rodgers (DE 4500)